```
                  IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF TEXAS

                            BEAUMONT DIVISION
```

R.B. DEBLANC                          §

VS.                                   §    CIVIL ACTION NO. 1:06cv149

DIRECTOR, TDCJ-CID                    §

<u>MEMORANDUM OPINION REGARDING VENUE</u>

Petitioner R.B. DeBlanc, an inmate confined in the Allred Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner states he was previously convicted of murder in the 344th District Court of Chambers County, Texas. He was sentenced to 50 years imprisonment.

Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the federal judicial district in which he was convicted or the district in which he is incarcerated.

The conviction complained of occurred in Chambers County. Pursuant to 28 U.S.C. § 124, Chambers County is in the Galveston Division of the United States District Court for the Southern District of Texas. Moreover, petitioner is currently confined at the Allred Unit, which is in Wichita County, Texas. Pursuant to Section 124, Wichita County is located in the Wichita Falls Division of the United States District Court for the Northern District of Texas.

As the above paragraph indicates, petitioner is neither incarcerated in, nor does he complain of a conviction which occurred in, the Eastern District of Texas. As a result, this court lacks jurisdiction over the petition.

As the records and witnesses regarding petitioner's conviction may be located in the Galveston Division of the Southern District, this petition shall be transferred to such district and division. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this __17__ day of _____March_____, 2006.

                                                KEITH F. GIBLIN
                                                UNITED STATES MAGISTRATE JUDGE